IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JUAN J. ULLOA, Representative of the Estates of Hugo Marin Ulloa and Maximus Matthew Ulloa Valenzuela, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD JOSEPH HALLAHAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:14-CV-174-C |

**JUDGMENT PURSUANT TO RULE 54(b)**

On this date the Court dismissed Plaintiffs' claims against Defendant Texas Department of Transportation. There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b).

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiffs, Juan J. Ulloa, Representative of the Estates of Hugo Marin Ulloa and Maximus Matthew Ulloa Valenzuela, Laura Alvarado, Representative of the Estate of Erika Valenzuela Ulloa, Sarah G. Ulloa, Individually, Juan Marin Ulloa, Individually, and Transito Valenzuela, Individually, against Defendant Texas Department of Transportation are **DISMISSED** with prejudice. This judgment shall be a final judgment as to all claims alleged against such Defendant, pursuant to Federal Rule of Civil Procedure 54(b).

Dated this 30th day of December, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE