IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JUAN J. ULLOA, Representative of the Estates of Hugo Marin Ulloa and Maximus Matthew Ulloa Valenzuela, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD JOSEPH HALLAHAN, et al., <br><br> Defendants. | Civil Action No. 1:14-CV-174-C <br> (Consolidated with <br> Civil Action No. 1:15-CV-065-C) |

### ORDER OF DISMISSAL

The Court having considered the Stipulation Dismissing Ulloa Plaintiffs' Claims, filed December 10, 2015,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated this 14th day of December, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE